UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-10006-CR-MARTINEZ

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MANUEL RAVELO, JR.,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on July 31, 2012. A Report and Recommendation was filed on August 31, 2012, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Lurana S. Snow, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One of the Information which charges the Defendant, with conspiracy to illegally harvest lobster during the commercial spiny lobster harvesting season from artificial habitat within the Florida Keys National Marine Sanctuary, in violation of Title 18, United States Code, Section 371.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of September, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office